IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JONATHAN M. FULCHER**                                                                 **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO. 4:03CV259-WHB-JCS**

**CHRISTOPHER EPPS, ET AL**                                                              **DEFENDANTS**

### ORDER DISMISSING COMPLAINT

THIS CAUSE came on for trial before the undersigned United States Magistrate Judge on the 28th day of March, 2006, at the James O. Eastland Federal Courthouse in Jackson, Mississippi. The Plaintiff appeared *pro se*, and the Defendants were represented by Lee Thaggard, Bourdeaux & Jones, P. O. Box 2009, Meridian, Mississippi, and John L. Clay, Office of the Attorney General, Jackson, Mississippi. The parties were before the Court pursuant to a Consent to the Exercise of Jurisdiction by the undersigned United States Magistrate Judge executed by the parties on this date, and by the Order of Reference entered by United States District Judge William H. Barbour, Jr.

The parties announced that they had reached a full settlement and compromise of all the Plaintiff's claims against the Defendants. Upon the Defendants' agreement to purchase and provide a German to English dictionary to the Plaintiff, the Plaintiff agreed to dismiss his Complaint against the Defendants with prejudice.

Accordingly, the Court finds that this case shall be dismissed with prejudice, subject to the terms of the settlement.

IT IS HEREBY ORDERED that the Defendants provide the Plaintiff a German to English dictionary on or before April 28, 2006.

IT IS FURTHER ORDERED that the Plaintiff's complaint is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 28th day of March, 2006.

                                        S/ James C. Sumner
                            UNITED STATES MAGISTRATE JUDGE